UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: JAMES PRIESTER                     BK: 06-03340

          UNCLAIMED FUNDS

   The funds belonging to the estate of the debtor named above,
having been disbursed in accordance with applicable orders
entered in the said case excepting the individual listed herein:
       REFUND  CHECK #   15583  FOR  $ 56.50
Mailed to:   88 ST. MARY'S ROAD, BUFFALO, NY 14211
and it
further  APPEARING that more than ninety (90) days have elapsed
since distribution


       Albert J. Mogavero, the trustee herein, hereby remits to the
Clerk of the  U. S. Bankruptcy Court for the Western District of
New York, the sum of $ 56.50  IN   CHECK # 15790
Representing unclaimed funds belonging to the above-named
debtor.

DATED: 10-19-2011


_____
ALBERT  J. MOGAVERO
TRUSTEE

FILED
OCT 2 5 2011
BANKRUPTCY COURT
BUFFALO, N.Y.